UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:12-CR-343-FL-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JASON ANTWAN WILLIAMS, | ) | |
| Defendant. | ) | |

This matter coming on being heard through the undersigned U.S. District Court Judge upon motion of the Defendant to seal filed on June 10, 2013 is made for good cause;

IT IS HERBY ORDERED, ADJUDGED AND DECREED that the Court shall seal Defendant's motion filed on June 10, 2013.

This  6th  day of  August , 2013.

THE HONORABLE LOUISE W. FLANAGAN
United States District Court Judge