UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:12-CR-343-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JASON ANTWAN WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

This matter coming on being heard through the undersigned U.S. District Court Judge upon Defendant's Motion to Seal Defendant's Supplemental Motion for Downward Departure or Variance and Incorporated Memorandum of Law (D.E. 32) filed on September 4, 2013 is made for good cause;

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Defendant's Supplemental Motion for Downward Departure or Variance and Incorporated Memorandum of Law (D.E. 32) be sealed.

This 6th day of September, 2013.

THE HONORABLE LOUISE W. FLANAGAN
United States District Court Judge