FILED IN OPEN COURT
ON 9/6/13 SWT
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-343-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JASON WILLIAMS | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 34 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 6th day of September, 2013.

HONORABLE LOUISE W. FLANAGAN
United States District Judge