UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jason Antwan Williams**  Docket No. 5:12-CR-343-1FL

**Petition for Action on Supervised Release**

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jason Antwan Williams, who upon an earlier plea of guilty to 21 U.S.C.§§841(a)(1)and(b)(1)(C), Possession With Intent to Distribute a Quantity of Marijuana and Cocaine, 18 U.S.C. §§922(g)(1) and 924, Possession of a Firearm and Ammunition by a Felon, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on September 6, 2013, to the custody of the Bureau of Prisons for a term of 58 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jason Antwan Williams was released from custody on February 24, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 15, 2017, Williams committed the offenses of Driving While Impaired and Failure to Wear Seatbelt in Columbus County, NC. He admitted to falling asleep while driving that day and wrecking his vehicle, but denied being intoxicated. According to the arrest warrant, he refused to submit to a blood alcohol test. He was released on bond and is awaiting his next court date scheduled for October 12, 2017. In that this is the first violation of supervision since his release, we are recommending supervision be continued and allow the state court to resolve this matter. However, we would recommend the court impose a two day jail sanction. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ John A. Cooper<br>John A. Cooper<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2046<br>Executed On: August 29, 2017 |

**Jason Antwan Williams**
**Docket No. 5:12-CR-343-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __30th__ day of __August__, 2017, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge